IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV452

| | |
|---|---|
| **MARIANO OSPINA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **INDYMAC BANK,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court for initial review upon Plaintiff's Complaint (Document # 1), filed September 30, 2008. The Complaint fails to allege sufficient jurisdiction or a sufficient cause of action for relief. Accordingly,

**IT IS THEREFORE ORDERED THAT** Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted and failure to allege jurisdiction to the court..

Signed: October 7, 2008

Graham C. Mullen
United States District Judge