# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mariano Ospina,

    Plaintiff(s),

vs.

Indy Mac Bank,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv452

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/7/2008 Order.

Signed: October 7, 2008

Frank G. Johns, Clerk
United States District Court